FILED'07 NOV 06 14:45USDC-ORP

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

SANDRA HANKS,
    Plaintiff,

v.

MICHAEL ASTRUE,
Commissioner of Social Security,
    Defendant.

CV 07 - 76 - PK

ORDER

Based upon the stipulation of the parties, it is hereby **ORDERED** that attorney fees in the amount of $5,518.00, and costs in the amount of $0.00, for a total of $5,518.00, are awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 and 28 U.S.C. § 1920, payable directly to Plaintiff's Attorney, Richard F. McGinty. There are no expenses to be paid herein.

DATED this 6th day of November 2007.

_____
UNITED STATES DISTRICT JUDGE

presented by:
Richard F. McGinty, OSB # 86071
Attorney for Plaintiff